LOUIS KUCKER, Appellant, *v.* GATES CONTAINER CORPORATION, Respondent.

Argued October 7, 1942; decided October 29, 1942.

*Harold A. Gates* and *Leonard Michael Lake* for appellant.

*Manfred W. Ehrich, Ralph Royall* and *James G. Holland* for respondent.

Judgment affirmed, with costs, with leave to the appellant, if so advised, to move at Special Term for a resettlement of the judgment to conform to the language of the order of the Appellate Division. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.